| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>LISA PICKERING<br>LAW OFFICE OF LISA PICKERING<br>5435 BALBOA BLVD SUITE 214<br>ENCINO, CA 91316 | CLEAR FORM |

ATTORNEY(S) FOR: WENGANG LI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJIAO LU<br><br>Plaintiff(s),<br>v.<br>ALEJANDRO MAYORKAS, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY<br><br>Defendant(s) | CASE NUMBER:<br>2:23-CV-873<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____WEI ZOU_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NONE | NONE |

| | |
|---|---|
| 2/3/23 | /S/ LISA PICKERING |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

WEI ZOU

CV-30 (05/13)                                    **NOTICE OF INTERESTED PARTIES**